# UNITED STATES DISTRICT COURT
for the

District of Columbia

3:23 MJ 295

United States of America
v.
Brett Alan Rotella (AKA: Brett Alan Ostrander)

_____
Defendant

Case: 1:23-mj-00214
Assigned To : Harvey, G. Michael
Assign. Date : 8/18/2023
Description: Complaint W/ Arrest Warrant

FILED
Charlotte
Aug 31 2023
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brett Alan Rotella,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers ;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings .

Date: 08/18/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.18 15:08:38 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/18/23, and the person was arrested on *(date)* 8/29/23
at *(city and state)* Mooresville NC.

Date: 8/29/23

_____
*Arresting officer's signature*

Barton Jenkins
*Printed name and title*

Case 3:23-mj-00295-SCR   Document 6   Filed 08/31/23   Page 1 of 1